# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JASON ARTHUR ALTHEIDE,<br>　　　　　　　Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>　　　　　　　Respondent. | No. 76162 **FILED**<br><br>JUL 09 2018<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>　　DEPUTY CLERK |
| JASON ARTHUR ALTHEIDE,<br>　　　　　　　Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>　　　　　　　Respondent. | No. 76163 |
| JASON ARTHUR ALTHEIDE,<br>　　　　　　　Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>　　　　　　　Respondent. | No. 76164 |
| JASON ARTHUR ALTHEIDE,<br>　　　　　　　Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>　　　　　　　Respondent. | No. 76165 |

## ORDER DISMISSING APPEALS

These are pro se appeals from district court orders denying motions to extend copy work limit and denying motions to return property. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

18-25797

Because no statute or court rule permits an appeal from the aforementioned orders, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER these appeals DISMISSED.

_Pickering_ , J.
Pickering

_Gibbons_ , J.
Gibbons

_Hardesty_ , J.
Hardesty

cc:    Hon. Robert W. Lane, District Judge
Jason Arthur Altheide
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk